**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jimmie Darion STANLEY, a/k/a Big
Worm, Defendant–Appellant.**

No. 10–7600.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 26, 2011.

Jimmie Darion Stanley, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmie Darion Stanley seeks to appeal the extent of the district court's reduction of his sentence pursuant to the Government's Rule 35(b) motion. Under 18 U.S.C. § 3742 (2006) this court does not have "jurisdiction to review the extent of the district court's downward departure." *United States v. Hill,* 70 F.3d 321, 324 (4th Cir.1995). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*